IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 3: 14-cr-30079-MJR |
| vs. | ) |
| | ) |
| SHENITA SIMMONS, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now the United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Monica A. Stump, Assistant United States Attorney and provide together with Defendant Shenita Simmons (Simmons) and her counsel, Turner Rouse, Esq., the following Stipulation of Facts in this matter:

1. On or around December 12, 2013, Doriell Watson approached Simmons and asked her to purchase a firearm for him. Simmons agreed to do so. The two drove to Ron & Jo's Firearms and Sporting Supplies near O'Fallon, Illinois. Watson waited outside the store.
2. Simmons entered the shop and called Watson from inside to seek guidance and information on what to purchase. She also went outside multiple times to consult with Watson.
3. A store employee reported this conduct to agents with the Bureau of Alcohol, Firearms, and Explosives (ATF) who reported to the firearms shop and saw the vehicle Simmons and Watson had driven to the store.
4. An agent observed Simmons on her cell phone inside the shop and speaking to an employee while completing the ATF Form 4473 for a 6-Glock Inc., Model 30, .45 Auto Caliber Pistol, bearing serial number WLE828. Through this form, Simmons certified as true and correct that she was the actual buyer of the 6-Glock Inc., Model 30, .45 Auto Caliber Pistol, bearing serial number WLE828, knowing this information was false. The agents watched Simmons leave the gun shop and run to the truck. Simmons entered the truck and left.
5. On December 20, 2013, Simmons returned to the shop after receiving several calls, advising Simmons the firearm was ready for pick-up, from an agent acting as an employee of the shop. The agent completed paperwork with Simmons. Specifically, the agent walked through the ATF Form 4473 again with Simmons to verify the information. The agent had Simmons initial the form again as he walked through it,

and Simmons signed the certification portion of the form a second time indicating that all the information was true and correct. On this form, Simmons again certified that she was the actual buyer of the 6-Glock Inc., Model 30, .45 Auto Caliber Pistol, bearing serial number WLE828. When Simmons made initialed the form she knew this information was false. The agent then filled in the firearms information portion of the ATF form and signed the form as the employee. He gave the gun to Simmons.

6. Simmons walked out; the agent followed Simmons out of the store to her car. The agent observed Simmons enter the passenger seat of a Gold Cadillac. The agent knocked on the passenger front side door window. Simmons opened the window, and the agent saw the gun on the front passenger side floorboard between Simmons's feet. The agent observed a minor child and an unidentified male, later determined to be Watson in the driver's seat.

7. Agents followed Simmons in the Gold Cadillac to 1504 Martin Luther King Drive, East St. Louis, IL and watched Watson, a minor child, and Simmons get out of the car and enter an apartment. .

8. Agents approached the apartment and spoke with Simmons outside the apartment. Simmons agreed to speak to the agents.

9. Simmons told the agents her brother drove her to the gun shop and he was inside the apartment. Simmons allowed the agents to enter the apartment, retrieved the gun and magazines, and yelled for her brother to come out of another bedroom.

10. The agents interviewed Simmons inside her apartment after she waived her Miranda rights. Simmons first told the agents she purchased the firearm for her protection. She then changed her story and indicated she purchased the gun for a man who lives in Washington Park and sells drugs. The agents questioned Simmons about her statements. Simmons then changed her story a third time; admitting that she had purchased the gun for Watson, who had given her the money to purchase the gun. Simmons stated that Watson had asked her to purchase the firearm for him about a week or two prior to her first going to Ron & Jo's. When an agent showed Simmons the ATF Form 4473, Simmons admitted she completed and signed the form. She admitted to purposefully and intentionally lying on the form when she answered questions 11a, which read "Are you the actual transferee/buyer of the firearm(s) listed on this form."

11. All of these events occurred within the Southern District of Illinois.

12. Simmons stipulates that the ATF Form 4473 is a government form that is a matter within the jurisdiction of the executive branch of the Government of the United States.

13. Simmons further stipulates that her false statements on the ATF Form 4473 were material, as her statements were capable of influencing (and actually did influence) the actions of ATF.

14. Simmons agrees to forfeit the 6-Glock Inc., Model 30, .45 Auto Caliber Pistol, bearing serial number WLE828, and any and all ammunition.

**SO STIPULATED:**

_____
SHENITA SIMMONS
Defendant

_____
TURNER ROUSE, Esq.
Attorney for Defendant

Date: 7-24-2014

STEPHEN R. WIGGINTON
United States Attorney

_____
MONICA A. STUMP
Assistant United States Attorney

Date: 7/24/2014

3